## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ROBERT S. HANSEN  :
: No. 19-16043- AMC
Debtor :
: CHAPTER 13
:

**THE HEARING ON THE FOLLOWING CLAIM OBJECTION WILL BE HELD ON SEPTEMBER 15th, 2020 AT 2:00 o'clock P.M. in COURTROOM No. 4, U.S. BANKRUPTCY COURT, THE ROBERT C. NIX BUILDING 900 MARKET STREET, PHILADELPHIA, PA 19107**

**<u>DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM NO. 10 OF DAWN CONKLIN</u>**

Debtor in this case, Robert S. Hansen, objects to the allowance and description of claim # 10, filed by Dawn Conklin in the amount of $26,400. and attached hereto as Exhibit"A", upon the grounds indicated below:

PRE-PETITION  RENT

1. Claimant has made a claim that consists of Pre petition rent in the amount of  $19,800 less a $1000 credit equaling $18,800.

2. Claimant then in section 10 calculates that the "default" on the lease is in he amount of $15,900.

3. Debtor and claimant had made an agreement, backed by text messages,  that debtor would catch up on the 2018  rent by paying extra money on the monthly rental and remediating the stucco on the premises.

4. As the result of such contract, or contracts, the characterization of "default" is incorrect in that such default had been rectified or cured by agreement of the parties.

5. Debtor has now amended his plan to cure the rent arrears of $18,800 in the plan.

WHEREFORE, Debtor requests the court to find that the alleged "default" in section 10 of the claim was legally cured by a superceding agreement.

POST PETITION RENT

6. Claimant claims post petition rent in the amount of $7600 consisting of two months at $3700 per month and two late charges.

7. The two months rent were paid on July 5th, 2020, therefore claimant is only entitled to one month's late charge of $100.00.

8. Debtor will pay the late charge and is therefore current on all post petition rent.

WHEREFORE, Debtor requests that this court find that the claim should be reduced to $18,800 in pre-petition rent, paid through the plan.

Respectfully Submitted:

   Joseph F. Claffy, /s/
Joseph F. Claffy,
Atty. for Debtor
26 South Church Street
West Chester, PA 19382
610-429-0900
Jfclaffy@claffylaw.com